## Exhibit A
### (Executed Process in the State Action)

1. Citation Evidencing Service on Defendant Pinnacle Health Facilities XV, LP d/b/a Brookhollow Heights Transitional Center via Certified Mail

2. Return Certified Mail Green Card Indicating Service on Defendant Pinnacle Health Facilities XV, LP d/b/a Brookhollow Heights Transitional Center Via Certified Mail

FPDOCS 34718654.1

# EXHIBIT A – 1

FPDOCS 34718654.1

CAUSE NO. 201815673

RECEIPT NO.                                75.00    CTM
\*\*\*\*\*\*\*\*\*\*                                        TR # 73471906

PLAINTIFF: GRIFFIN, LORIS
         vs.
DEFENDANT: PINNACLE HEALTH FACILITIES XV LP (D/B/A BROOKHOLLOOW HEIGHTS

In The   334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: PINNACLE HEALTH FACILITIES XV LP (D/B/A BROOKHOLLOW HEIGHTS
    TRANSITIONAL CENTER)    (A LIMITED PARTNERSHIP)
    BY SERVING ITS REGISTERED AGENT ROBERT J RIEK

    5500   W PLAZA PARKWAY SUITE 2010    PLANO    TX    75093

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>9th day of March, 2018</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 12th day of March, 2018, under my hand and seal of said Court.

<u>Issued at request of</u>:
HARDMON, GREGORY COLLINS
PO   BOX 8055
HOUSTON, TX   77288
Tel: (214) 243-9526
<u>Bar No.</u>:   24074357

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA   BE9//10900374

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
      return receipt incorporated herein and attached
      hereto at

CAUSE NO. 201815673

RECEIPT NO.     .     75.00    CTM
\*\*\*\*\*\*\*\*\*\*     TR # 73471906

| | |
|---|---|
| PLAINTIFF: GRIFFIN, LORIS<br>vs.<br>DEFENDANT: PINNACLE HEALTH FACILITIES XV LP (D/B/A BROOKHOLLOOW HEIGHTS | In The   334th<br>Judicial District Court<br>of Harris County, Texas<br>334TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: PINNACLE HEALTH FACILITIES XV LP (D/B/A BROOKHOLLOW HEIGHTS
    TRANSITIONAL CENTER) (A LIMITED PARTNERSHIP)
    BY SERVING ITS REGISTERED AGENT ROBERT J RIEK

    5500 W PLAZA PARKWAY SUITE 2010     PLANO TX 75093

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 9th day of March, 2018, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 12th day of March, 2018, under my hand and seal of said Court.

Issued at request of:
HARDMON, GREGORY COLLINS
PO BOX 8055
HOUSTON, TX 77288
Tel: (214) 243-9526
Bar No.: 24074357

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA   BE9//10900374

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____
(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
    return receipt incorporated herein and attached
    hereto at

# EXHIBIT A – 2

FPDOCS 34718654.1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1973 6123 3654 17

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box®

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

18 MAR 27 PM 12:56

03-27-18

BY_____
MAIL PROCESSING ADMIN

18-15673

*Unofficial Copy Office of Chris Daniel District Clerk*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PINNACLE HEALTH FACILITIES XV LP (DBA BROOKHOLLOW HEIGHTS TRANSITIONAL CENTER) BY SERVING ITS REGISTERED AGENT ROBERT J RIEK
5500 W PLAZA PARKWAY SUITE 2010
PLANO, TX 75093

9590 9402 1973 6123 3654 17

2. Article Number (Transfer from service label)
7016 0600 0001 0732 6908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: 3-22-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

✓

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ($00)
☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging.